# IN THE STATE COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

Ronald Wolfe

CIVIL ACTION NUMBER: 18-C-09043-1

**PLAINTIFF**

VS.

National Indemnity Company of The South

c/o Corporation Service Company - Registered Agent

40 Technology Pkwy South, # 300 Norcross, GA 30092

**DEFENDANT**

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Briant G. Mildenhall
150 East Ponce de Leon Avenue
Ste 300
Decatur, GA 30030

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **20th** day of **Nov**, 20**18**.

Richard T. Alexander, Jr.,
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011



FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

2018 NOV 20 PM 12: 39

RICHARD ALEXANDER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

RONALD WOLFE, )
)
Plaintiff, )
)
v. ) CIVIL ACTION
) FILE NO. 18 C-09043-7
ANDRES TOLEDO LIMA; 48 STATES )
CARRIERS CORP.; and NATIONAL )
INDEMNITY COMPANY OF THE SOUTH)
)
Defendants. )
)

## COMPLAINT FOR PERSONAL INJURY

COMES NOW Plaintiff, Ronald Wolfe, by and through his attorney, and shows the Court the following:

### PARTIES, JURISDICTION AND VENUE

1.

Defendant Andres Toledo Lima is a resident citizen of Florida, whose place of domicile is 2835 31st Ave NE, Naples, Collier County, Florida 34120.

2.

Defendant Andres Toledo Lima is subject to the jurisdiction of this Court.

3.

Defendant 48 States Carriers Corp. ("48 States") is a foreign corporation organized and existing under the laws of the State of Florida.

4.

Defendant 48 States may be served by service upon its process agent, to wit: John P. Hendrickson, 41 Dogwood Court, Gillsville, GA 30543.

5.

Said Defendant is subject to the jurisdiction and venue of this Court.

6.

Defendant National Indemnity Company of the South ("National Indemnity") is a foreign corporation registered to transact business in the State of Georgia.

7.

Defendant National Indemnity, pursuant to O.C.G.A. §§ 9-11-4, 14-2-1510 and 33-4-3, may be served by service upon its registered agent, to wit: Corporation Service Company, 40 Technology Parkway South, # 300, Norcross, GA 30092.

8.

Defendant National Indemnity was transacting business in the State of Georgia and in Gwinnett County, Georgia on the date of the incident giving rise to this Complaint, and at all material times hereto, and is subject to the venue of this Court pursuant to O.C.G.A. §33-4-1. Said Defendant is subject to the jurisdiction and venue of this Court.

## NATURE OF ACTION

9.

This Complaint is brought to recover for personal injuries sustained by Plaintiff Ronald Wolfe as a result of an automobile collision caused by the negligence of Defendants on January 20, 2017.

## FACTUAL BACKGROUND

10.

On January 1, 2017, at approximately 10:53 a.m., Plaintiff Wolfe was at his

place of employment Cottrell Inc., located at 2125 Candler road, Gainesville, Georgia, where he worked as a security guard responsible for logging all vehicle identification numbers and directing all tractor trailers entering or leaving the facility.

11.

On said date and at that time, Plaintiff Wolfe completed annotating the VIN of the tractor unit and trailer owned by 48 States driven by Andres Toledo Lima, and directed Defendant Toledo Lima to the service department.

12.

Mr. Wolfe stepped away from Defendant Toledo Lima's trailer, turned around and saw another truck attempting turn before Defendant Toledo Lima moved his trailer.

13.

Plaintiff Wolfe went to stop the driver of the other truck from turning, when, suddenly and without warning, the trailer driven Defendant Toledo Lima struck Plaintiff Wolfe on the bottom of his right leg, causing severe injuries to Plaintiff Wolfe's Achilles tendon.

14.

The negligence of Defendant Andres Toledo Lima in causing this collision includes, but may not have been limited to, failing to keep a proper lookout.

15.

At all times material to this action, Defendant Andres Toledo Lima was an employee, agent and/or servant of Defendant 48 States, and, therefore, Defendant 48 States is liable under the doctrine of *respondeat superior*.

16.

At all times material to this action, Defendant 48 States and/or Defendant Andres Toledo Lima were motor common carriers and/or a motor contract carriers pursuant to O.C.G.A. § 46-1-1(9)(B) and/or O.C.G.A. § 46-1-1(9)(A), respectively.

17.

At all times material to this action, Defendant National Indemnity insured Defendant 48 States and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

18.

As a result of the negligence of Defendants as described above, Plaintiff Ronald Wolfe was severely injured.

### COUNT I – NEGLIGENCE OF DEFENDANT ANDRES TOLEDO LIMA

19.

Plaintiff repeats, re-alleges and re-avers each and every allegation set forth in the paragraphs above as if fully set forth herein.

20.

Defendant Andres Toledo Lima having been negligent as described above and said negligence having resulted in severe injury to Plaintiff Ronald Wolfe, Plaintiff is entitled to recover of Defendant Andres Toledo Lima, jointly and severally with all other defendants named in this action, all damages allowed under Georgia law, including, but not limited to, damages for pain and suffering, lost wages, and medical expenses.

## COUNT II – LIABILITY OF DEFENDANT 48 STATES; *RESPONDEAT SUPERIOR*

21.

Plaintiff repeats, re-alleges and re-avers each and every allegation set forth in the paragraphs above as if fully set forth herein.

22.

The negligence of Defendant Andres Toledo Lima having been imputed to 48 States and said negligence having resulted in injury to Plaintiff Ronald Wolfe, Plaintiff is entitled to recover of Defendant 48 States, jointly and severally with all other Defendants named in this action, all damages allowed under Georgia law, including, but not limited to, damages for pain and suffering, lost wages, and medical expenses.

## COUNT III – NEGLIGENT HIRE, RETENTION, AND ENTRUSTMENT OF DEFENDANT 48 STATES

23.

Plaintiff repeats, re-alleges and re-avers each and every allegation set forth in the paragraphs above as if fully set forth herein.

24.

Defendant 48 States having been negligent for hiring, retaining, and entrusting a vehicle to Defendant Andres Toledo Lima, and said negligence having resulted in severe injury to Plaintiff Ronald Wolfe, Plaintiff is entitled to recover of Defendant 48 States, jointly and severally with all other Defendants named in this action, all damages allowed under Georgia law, including, but not limited to, damages for pain and suffering, lost wages, and medical expenses.

## COUNT IV – VIOLATIONS OF FEDERAL MOTOR CARRIER SAFETY REGULATIONS BY DEFENDANT ANDRES TOLEDO LIMA AND DEFENDANT 48 STATES

25.

Plaintiff repeats, re-alleges and re-avers each and every allegation set forth in the paragraphs above as if fully set forth herein.

26.

At all times relevant hereto, Defendant 48 States was operating as either a motor common carrier or a motor contract carrier under the laws of the State of Georgia and pursuant to the Federal Motor Carrier Regulations.

27.

Defendant 48 States having been negligent *per se* by violating Federal Motor Carrier Safety Regulations, and said negligence having resulted in severe injury to Plaintiff Ronald Wolfe, Plaintiff is entitled to recover of Defendant 48 States, jointly and severally with all other Defendants named in this action, all damages allowed under Georgia law, including, but not limited to, damages for pain and suffering, lost wages, and medical expenses.

28.

Defendant Andres Toledo Lima having been negligent *per se* by violating Federal Motor Carrier Safety Regulations, and said negligence having resulted in severe injury to Plaintiff Ronald Wolfe, Plaintiff is entitled to recover of Defendant Andres Toledo Lima, jointly and severally with all other Defendants named in this action, all damages allowed under Georgia law, including, but not limited to, damages for pain and suffering, lost wages, and medical expenses.

## COUNT V – DIRECT ACTION AGAINST NATIONAL INDEMNITY

29.

Plaintiff repeats, re-alleges and re-avers each and every allegation set forth in the paragraphs above as if fully set forth herein.

30.

Defendant National Indemnity is subject to a direct action as the insurer for Defendant 48 States pursuant to Georgia law.

31.

Defendant National Indemnity was the insurer of Defendant 48 States at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

32.

All elements necessary to sue Defendant National Indemnity under the Georgia Direct Action law are met in this case.

33.

Defendant National Indemnity is responsible for any judgment rendered against Defendant 48 States and Defendant Toledo Lima.

**WHEREFORE**, Plaintiff prays as follows:

(a)   That process issue and Defendants be served according to law;

(b)   That Plaintiff have a trial by jury of their peers;

(c)   That Plaintiff have a judgment against Defendants, jointly and severally, for all damages allowed under Georgia law and in an amount to be proven at the time of trial;

7

(d) That the costs of the within action be cast upon the Defendants; and

(e) Such other, further and different relief as this Court deems just and appropriate.

This 19th day of November, 2018.

Robert N. Katz (Georgia Bar No. 409055)
robertkatz@thekatzlawfirm.com
Briant Mildenhall (Georgia Bar No. 790507)
bmildenhall@thekatzlawfirm.com
*Attorneys for Plaintiff*

KATZ WRIGHT FLEMING DODSON & MILDENHALL LLC
One Decatur Town Center, Suite 300
150 East Ponce de Leon Avenue
Decatur, GA 30030
Office: 404.240.0400
Fax: 404.240.0401